*W. Hott,* and *Lester J. Dickinson* for petitioner. *Solicitor General Reed, Assistant Attorney General Whitaker,* and *Mr. Paul A. Sweeney* for respondents. 

No. 791. WILNER *v.* UNITED STATES. April 12, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Edward H. S. Martin* for petitioner. *Solicitor General Reed* and *Messrs. Julius C. Martin, Wilbur C. Pickett, Fendall Marbury,* and *W. Marvin Smith* for the United States.

No. 792. McQUILKIN *v.* UNITED STATES. April 12, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Edward H. S. Martin* for petitioner. *Solicitor General Reed* and *Messrs. Julius C. Martin, Wilbur C. Pickett,* and *W. Marvin Smith* for the United States. 

No. 794. JOHNSTON *v.* COMMISSIONER OF INTERNAL REVENUE. April 12, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. W. W. Spalding* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Berryman Green* for respondent.

No. 798. FITZPATRICK *v.* UNITED STATES. April 12, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Richard E. Westbrooke* for petitioner. *Solicitor General Reed,*